# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

157761

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PROTECTING MICHIGAN TAXPAYERS,
JEFFREY WIGGINS, TONY DAUNT, and
JEFFREY RAZET,
       Plaintiffs-Appellees,

v

                                        SC: 157761
                                        COA: 343566

BOARD OF STATE CANVASSERS, DIRECTOR
OF ELECTIONS, and SECRETARY OF STATE,
       Defendants-Appellees,
and

PROTECT MICHIGAN JOBS,
       Intervenor-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 11, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0529

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk